UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

KATHERINE TUCKER,

     Defendant.

Case No. 3:25-cr-16-4

District Judge Michael J. Newman

---

**ORDER: (1) GRANTING THE PARTIES' JOINT, UNOPPOSED MOTION (Doc. No. 129); (2) INSTRUCTING THE CLERK OF COURT TO CORRECT THE DOCKET TO REFLECT AND DESIGNATE DEFENDANT'S NAME AS "KATHRYN TUCKER"; AND (3) GRANTING THE PARTIES LEAVE TO FILE ALL FUTURE MOTIONS AND OTHER PLEADINGS WITH DEFENDANT'S NAME DESIGNATED AS "KATHRYN TUCKER"**

---

This case is before the Court upon the Government and Defendant Katherine Tucker's joint, unopposed motion regarding Defendant's first name.  Doc. No.  129.  The parties seek permission to file all pleadings going forward with Defendant's corrected name designated as "Kathryn Tucker." *Id*.

For good cause shown, and in the absence of opposition by Defendant, the parties' unopposed, joint motion is **GRANTED**.  The Clerk of Court is **INSTRUCTED** to correct the docket in this case to reflect and designate Defendant's name as "Kathryn Tucker."  The parties may file all future motions and pleadings with Defendant's corrected name designated as "Kathryn Tucker."

**IT IS SO ORDERED.**

June 8, 2026                            s/*Michael J. Newman*
                                             Hon. Michael J. Newman
                                             United States District Judge